IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| COLLIN SKARIA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:20-cv-01203-D |
| FORTITUDE SYSTEMS INTERNATIONAL, LLC; and ABBOTT LABORATORIES, INC., | § § § § § § | |
| Defendants. | § | |

### APPENDIX TO DEFENDANT FORTITUDE SYSTEMS INTERNATIONAL, LLC'S BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Rule 56.6, Defendant Fortitude Systems International, LLC submits this Appendix to its Brief in Support of Motion for Summary Judgment.

| Ex. No. | Date | Description | Page Nos. |
|---|---|---|---|
| A-1 | 03/11/2021 | *Excerpts from Transcription of Deposition of Colin Skaria* | 1-52 |
| A-2 | 03/24/2021 | *Excerpts from Transcription of Deposition of Colin Skaria* | 53-66 |
| A-3 | 11/01/2018 | *Email String between L. Gaumer and C. Skaria* | 67-70 |
| A-4 | 11/01/2018 | *Exclusive Agency Agreement* | 71-72 |
| A-5 | 11/01/2018 | *Email String between S. Gopalakrishnan and C. Skaria* | 73-75 |
| A-6 | 11/08/2018 | *Email of L. Gaumer* | 76-77 |
| A-7 | 11/05/2018 | *Master Services Agreement (B2B)* | 78-94 |
| A-8 | 11/20/2018 | *Email of L. Gaumer* | 95-97 |

Respectfully submitted,

*/s/ Andy Soule*

Andrew Soule
State Bar Number: 00797474
asoule@fjrpllc.com
**Fishman Jackson Ronquillo PLLC**
13155 Noel Road, Suite 700
Dallas, TX 75240
Tel.: (972) 419-5540
Fax: (972) 419-5501

**Attorneys for Defendant Fortitude Systems International, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on **April 23, 2021**, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this notice as service of this document by electronic means:

| | |
|---|---|
| Vincent Bhatti | Stephanie Johnson Manning |
| The Bhatti Law Firm, LLC | Seyfarth Shaw LLP |
| 14785 Preston Road, Suite 550 | 700 Milam Street, Suite 140 |
| Dallas, Texas 75254 | Houston, Texas 77002 |
| vincent.bhatti@bhattilawfirm.com | smanning@seyfarth.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Abbot Laboratories* |

*/s/ Andy Soule*
Andy Soule

ii