IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| COLIN SKARIA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Civil Action No. 3:20-CV-1203-D |
| | § | |
| ABBOTT LABORATORIES INC., et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

The parties' August 2, 2021 joint motion to continue trial setting is granted, and this case is reset to the court's two-week civil docket of Monday, April 18, 2022.

N.D. Tex. Civ. R. 40.1 provides that "[u]nless the presiding judge orders otherwise, the granting of a motion for continuance will not extend or revive any deadline that has already expired in a case." Therefore, any relief from an expired deadline must be obtained by motion or agreed order (subject to court approval). Unexpired deadlines based on the prior trial setting, however, are hereby reset so that the parties shall now comply with them on the basis of the new setting.

**SO ORDERED**.

August 2, 2021.

SIDNEY A. FITZWATER
SENIOR JUDGE